Ian Ledlin  
Phillabaum, Ledlin, Matthews  
  & Sheldon, PLLC  
421 W. Riverside Avenue, #900  
Spokane, WA 99201  
(509) 838-6055

Hon. Patricia C. Williams

UNITED STATES BANKRUPTCY COURT  
EASTERN DISTRICT OF WASHINGTON

In re:

BUOY, LUKE WILLIAM  
BUOY, APRIL DARLENE  
f/k/a April Darlene Baskin  
f/d/b/a Luke Buoy Construction Co.

          Debtors.

No. 09-00574-PCW11

FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: CONFIRMATION OF PLAN

This Court, having considered the pleadings and files herein, the Declaration of the debtors in possession, and argument of counsel, enters the following

**FINDINGS OF FACT**

1. The First Amended Plan of Reorganization ("Plan") filed by the debtors in possession on May 17, 2010 complies with the applicable provisions of 11 U.S.C.

2. The debtors have complied with the applicable provisions of 11 U.S.C.

3. The Plan has been proposed in good faith and not by any means forbidden by law.

4. Any payment made or to be made by the debtors in possession for services or for costs and expenses in connection with this case or in connection with the Plan and incident to this case has been approved by, or will be subject to the approval of, this Court as reasonable.

FINDINGS OF FACT AND CONCLUSIONS  
OF LAW RE: CONFIRMATION - 1

PHILLABAUM, LEDLIN, MATTHEWS  
& SHELDON, PLLC  
ATTORNEYS AT LAW  
421 W. RIVERSIDE AVENUE, SUITE 900  
SPOKANE, WASHINGTON 99201  
TELEPHONE (509) 838-6055

5. No individual shall serve, after confirmation of the Plan, as a director, officer, or voting trustee of the debtor; there is no joint plan; nor will there be any successor to the debtors under the Plan.

6. The Plan is a plan of reorganization.

7. Debtors are currently not operating a business.

8. No governmental regulatory commission will have any jurisdiction over the rates of the debtors after confirmation of the Plan.

9. Each holder of a claim or interest shall receive that which it would receive if this case were liquidated under Chapter 7 of this title on the date of confirmation of the Plan.

10. Administrative claimants will receive payment on their claims following confirmation approval by the Court.

11. This is not an involuntary case.

12. There are no unpaid non-insider claims for wages, salaries or commissions, for contributors to an employee benefit plan, no claims related to the production, raising or storage of grain or for fish or fish produce, no unpaid claims for consumer deposits, and no claims for alimony, maintenance, or support.

13. Each holder of a claim specified in 11 U.S.C. 507(a)(8) shall receive payments in cash the total value, as of the effective date of the Plan, equal to the amounts of their claims to be paid in full within five years of the date of the order of relief in a manner not less favorable than the most favored non-priority unsecured claim provided by the Plan.

14. One class of claims that is impaired under the Plan that is not an insider has accepted the Plan.

15. All fees that have become due post-petition have been paid or will be paid on the effective date of the Plan.

16. Debtors have not obligated themselves to provide retiree benefits.

FINDINGS OF FACT AND CONCLUSIONS
OF LAW RE: CONFIRMATION - 2

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
421 W. RIVERSIDE AVENUE, SUITE 900
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055

09-00574-FPC11    Doc 198    Filed 07/19/10    Entered 07/19/10 16:17:57    Pg 2 of 3

17. The principle purpose of the plan is not for the avoidance of taxes or for the avoidance of the application of Section 5 of the Securities Act of 1933.

18. There are no outstanding domestic support obligations.

19. No creditors have filed objections to the Plan.

The Court, having made the foregoing Findings of Fact, makes the following

## CONCLUSIONS OF LAW

1. The Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law.

2. The provisions of Chapter 11 have been complied with.

3. The First Amended Plan of Reorganization filed by the debtors in possession on May 17, 2010 under docket #175 should be confirmed.

Presented by:

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC

_____
IAN LEDLIN
Lawyer for Debtors in Possession
Z:\Users\IL\Buoy\Chapter 11\Plan-Conf-Findings.wpd

_____
Patricia C. Williams
Bankruptcy Judge

07/19/2010 13:27:21

FINDINGS OF FACT AND CONCLUSIONS
OF LAW RE: CONFIRMATION - 3

PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC
ATTORNEYS AT LAW
421 W. RIVERSIDE AVENUE, SUITE 900
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055

09-00574-FPC11    Doc 198    Filed 07/19/10    Entered 07/19/10 16:17:57    Pg 3 of 3