**So Ordered.**



Frederick P. Corbit
Bankruptcy Judge

Dated: December 16th, 2014

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| In re:<br><br>BUOY, LUKE WILLIAM<br>BUOY, APRIL DARLENE<br>f/k/a April Darlene Baskin<br>f/d/b/a Luke Buoy Construction Co.<br><br>Debtor. | Case No. 09-00574-FPC11<br><br>FINDINGS OF FACT AND CONCLUSIONS OF LAW RE: MODIFICATION AND CLARIFICATION OF DEBTORS' FIRST AMENDED PLAN |

THIS MATTER is before the Court upon Debtors' Motion to Modify and Clarify the First Amended Plan, ECF No. 262. Based upon the Motion, and upon consideration of the documents and evidence presented, the Court enters the following

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 1

PHILLABAUM, LEDLIN , MATTHEWS,
& SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
FACSIMILE (509) 625-1909

# FINDINGS OF FACT

1. The Modification and Clarification of the First Amended Plan ("Modification") filed by Debtors on November 14, 2014, ECF No. 266, complies with the applicable provisions of 11 U.S.C.

2. Debtors have complied with the applicable provisions of 11 U.S.C.

3. The Modification has been proposed in good faith and not by any means forbidden by law.

4. Any payment made by Debtors for services or for costs and expenses in connection with this case or in connection with the Modification and incident to this case will be subject to the approval of this Court.

5. No individual shall serve, after confirmation of the Modification, as a director, officer, or voting trustee of the debtors, nor will there be any successor to the debtors under the Modification.

6. The purpose of the Modification is to correct a drafting error.

7. Debtors currently are not operating a business.

8. No governmental regulatory commission will have any jurisdiction over the rates of the debtors after confirmation of the Modification.

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 2

PHILLABAUM, LEDLIN, MATTHEWS,
& SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
FACSIMILE (509) 625-1909

9.  Each holder of a claim or interest shall receive that which it would receive if this case were liquidated under Chapter 7 of this title.

10. This is not an involuntary case.

11. There are no unpaid non-insider claims for wages, salaries or commissions, for contributors to an employee benefit plan, no claims related to the production, raising or storage of grain or for fish or fish produce, no unpaid claims for consumer deposits, and no claims for alimony, maintenance, or support.

12. Each holder of a claim specified in 11 U.S.C. 507(a)(8) shall receive payments in cash the total value, as of the effective date of the Modification, equal to the amounts of their claims to be paid in full within five years of the date of the order of relief in a manner not less favorable than the most favored non-priority unsecured claim provided by the Modification.

13. One class of claims that is impaired under the Modification that is not an insider has accepted the Modification.

14. Debtors have not obligated themselves to provide retiree benefits.

15. The principle purpose of the Modification is not for the avoidance of taxes or for the avoidance of the application of Section 5 of the Securities Act of 1933.

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 3

PHILLABAUM, LEDLIN , MATTHEWS,
& SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
FACSIMILE (509) 625-1909

16. There are no outstanding domestic support obligations.

17. No creditor has filed any objection to the Modification.

18. The Order Approving Adequacy of Disclosures was entered on November 7, 2014.

The Court, having made the foregoing Findings of Fact, makes the following

## CONCLUSIONS OF LAW

1. The Modification of First Amended Plan has been accepted in writing by the creditors and equity security holders whose acceptance is required by law.

2. The provisions of Chapter 11 have been complied with.

3. No objections to the Modification have been filed.

4. The Modification filed by Debtors on November 14, 2014, ECF No. 266, should be confirmed.

5. The adequacy of the Disclosure Statement is finally approved.

/// end of text ///

Presented by:
PHILLABAUM, LEDLIN, MATTHEWS
& SHELDON, PLLC

_____
IAN LEDLIN
Lawyer for Debtors in Possession
Z:\Users\IL\Buoy, L\Chapter 11\Modification\Mod-Findings.wpd

FINDINGS OF FACT AND
CONCLUSIONS OF LAW - 4

PHILLABAUM, LEDLIN, MATTHEWS,
& SHELDON, PLLC
ATTORNEYS AT LAW
1235 N. POST, SUITE 100
SPOKANE, WASHINGTON 99201
TELEPHONE (509) 838-6055
FACSIMILE (509) 625-1909